1

2

3

4

5

6

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re BOBBY M. DIXON,

Plaintiff,

Case No.  13-cv-05356-JST (PR)

**ORDER REOPENING ACTION AND OF TRANSFER**

United States District Court
Northern District of California

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

This action was opened on November 19, 2013, when the Court received from Inmate

Bobby M. Dixon a letter to the Honorable Thelton E. Henderson that concerned prison conditions.

On the same date, the Clerk of the Court directed Plaintiff to complete a civil rights

complaint form and an in forma pauperis (IFP) application, and told him that he must complete

these documents within twenty-eight days or his action would be dismissed.  The Clerk sent

Plaintiff a blank civil rights complaint form as well as a prisoner's IFP application.

On January 15, 2014, the Court dismissed the action on the grounds that Plaintiff had not

filed the necessary documents or otherwise communicated with the Court.

On July 2, 2015, Plaintiff filed a request to reopen the action on the grounds that, due to

multiple transfers, he never received the Clerk's IFP and complaint notices.  Because it appears

that Plaintiff never received the necessary forms and directions, the Court REOPENS this action.

Further review of Plaintiff's case, however, reveals that he has initiated his civil action in

the wrong judicial district.  Plaintiff currently is incarcerated at R.J. Donovan State Prison (RJD)

in San Diego, California.  Plaintiff's complaints relate to conditions of confinement at the

California Medical Facility (CMF) in Vacaville, California, where he was previously incarcerated.

He alleges that the facilities and food service at CMF are unsanitary and unsafe and that disabled

inmates at CMF receive disparate treatment.  (Nov. 19, 2013 Letter.)

1    It therefore appears that the acts complained of occurred at CMF, which is located in

2 Solano County in the Eastern District of California.  Venue, therefore, properly lies in the Eastern

3 District and not in this one.  <u>See</u> 28 U.S.C. § 1391(b).  Accordingly, in the interest of justice and

4 pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court

5 for the Eastern District of California.

6    If he wishes to further pursue this action, Plaintiff must complete the complaint form and

7 in forma pauperis application required by the United States District Court for the Eastern District

8 of California and mail them to that district.

9    If Plaintiff seeks to pursue an action regarding conditions of confinement at RJD, he must

10 file a complaint in the United States District Court for the Southern District of California, where

11 RJD is located.

12    The Clerk is directed to reopen this action, terminate any pending motions, and transfer the

13 case forthwith.

14    **IT IS SO ORDERED.**

15 Dated:  July 7, 2015

16                 JON S. TIGAR

17                 United States District Judge

United States District Court
Northern District of California

2